UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHAN CHAND, | CASE NO. CV F 13-2008 LJO JLT |
| Plaintiff, | **ORDER TO GRANT LEAVE TO FILE FURTHER AMENDED COMPLAINT AND TO VACATE HEARING ON F.R.Civ.P 12 HEARING** |
| vs. | (Doc. 9.) |
| BURLINGTON COAT FACTORY WAREHOUE CORPORATION, et al., | |
| Defendants. | |

Two consolidated employment termination and wage and hour actions were removed from Kern County Superior Court ("KCSC") to this Court as this federal action. KCSC Case No. 279794 was consolidated under KCSC Case No. 279516, which this Court construes as the lead case and its Second Amended Complaint ("SAC") as the operative pleading for this federal action. Defendants have filed a F.R.Civ.P. 12 motion (doc. 9) to challenge the original complaint in KCSC Case No. 279794. Since this Court construes the SAC as the operative complaint in this federal action, this Court need not address defendants' F.R.Civ.P. 12 motion. Since the SAC does not include all claims alleged in the original complaint in KCSC Case No. 279794, plaintiff will be permitted to file a third amended complaint to include all claims

1

plaintiff seeks to pursue.  On the basis of good cause, this Court:

    1.     VACATES the January 23, 2014 hearing on defendants' F.R.Civ.P. 12 motion and ORDERS the parties not to appear as this order renders the hearing unnecessary;

    2.     ORDERS plaintiff, no later than January 6, 2014, to file and serve either: (a) a third amended complaint to include all of plaintiff's claims; or (b) a statement that plaintiff elects to proceed on his SAC as currently pled; and

    3.     ORDERS defendants, no later than January 27, 2014, to file and serve a response to plaintiff's third amended complaint.  If plaintiff elects to proceed on his SAC, defendants need not file any further response to the SAC given defendants' answer to the SAC filed in KCSC.

Plaintiff need not respond to defendants' F.R.Civ.P. 12 motion (doc. 9).  This Court will take no further action on defendants' F.R.Civ.P. 12 motion to dismiss (doc. 9) and DIRECTS the clerk to term doc. 9.

IT IS SO ORDERED.

    Dated:   **December 16, 2013**           /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE