# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHAN CHAND,<br><br>          Plaintiff,<br><br>     v.<br><br>BURLINGTON COAT FACTORY et al.,<br><br>          Defendants. | Case No.: 1:1-cv-02008 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 25) |

On May 7, 2014, the parties notified the Court they had reached a settlement of the matter. (Doc. 25) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

　　1.　　The stipulated request for dismissal **SHALL** be filed no later than **June 27, 2014**;

　　2.　　All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

　　Dated:   **May 8, 2014**　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1