UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHAN CHAND,<br><br>          Plaintiff,<br><br>   vs.<br><br>BURLINGTON COAT FACTORY, LLC, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:13-CV-2008-LJO-JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 27.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated:  June 25, 2014**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

1